1  LAW OFFICES OF BILL LATOUR
   BILL LATOUR (CSBN 169758)
2       1420 E. Cooley Dr., Suite 100
        Colton, California 92324
3       Telephone: (909) 796-4560
        Facsimile: (909) 796-3402
4       e-mail: Bill.Latour@verizon.net

5  Attorney for Plaintiff

6

7  ANDRÉ BIROTTE JR.
   United States Attorney
   LEON W. WEIDMAN
8  Chief, Civil Division
   MARY BETH O'CONNOR (CSBN 228591)
9  Special Assistant United States Attorney
        333 Market Street, Suite 1500
10      San Francisco, CA 94105
        Telephone: (415) 977-8929
11      Facsimile: (415) 744-0134
        e-mail: Mary.Beth.OConnor@ssa.gov
12

13 Attorneys for Defendant Commissioner
   of Social Security
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAWRENCE McQUEEN, | ED CV 10-916 GHK (RZ) |
| Plaintiff, | **[PROPOSED]** **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court ~~having~~ approve~~d~~s the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand;

1                Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND**
2 **DECREED** that the above-captioned action is remanded to the Commissioner of
3 Social Security for further proceedings consistent with the Stipulation of Remand.

5 DATED: *January 5, 2011*

                                           HON. RALPH ZAREFSKY
                                           UNITED STATES MAGISTRATE JUDGE